UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

TAMARA LYNN GEWECKE and
STEVEN ALLEN GEWECKE,

        Debtors.               BKY 09-41180

TAMARA LYNN GEWECKE and
STEVEN ALLEN GEWECKE,

        Plaintiffs,             ADV 09-4079

    -v.-

                                  <u>JUDGMENT</u>

US BANK N.A. as trustee for
CitiGroup Mortgage Loan Trust 2007-AMC1,

        Defendant.

---

       This proceeding came before the court, and a decision or order for judgment was duly rendered, the Honorable Nancy C. Dreher, United States Bankruptcy Judge, presiding.

       IT IS THEREFORE ORDERED AND ADJUDGED

       This adversary proceeding is dismissed without prejudice and without costs to either party.

At:   Minneapolis, Minnesota.              Lori A. Vosejpka, Clerk
Dated: June 26, 2009                     United States Bankruptcy Court


                                          By  /e/ Karen Krouch
                                                Deputy Clerk

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *06/26/2009*
Lori Vosejpka, Clerk, By KK, Deputy Clerk